Pro Se Govt. Agents    ~WHISTLEBLOWER~

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

FILED

MAY 03 2022

AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

)
)  **Plaintiff(s)**
Robert W. Johnson,  )
          vs.  )
Stewart D. Aaron, Sharon Seeley,  )
          **Defendant(s)**  )
)

**Civil Case No.:**

**BIVENS**
**ACTION**

5:22-cv-426(BKS/ATB)

| Plaintiff(s) demand(s) a trial by: | ☒ JURY | ☐ COURT | (Select **only** one). |

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1. This is a civil action brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).  The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

**PARTIES**

2. a.  Plaintiff: Robert W. Johnson

   Address: 112 Court St. : APT. 2
   Watertown, NY 13601

Additional Plaintiffs may be added on a separate sheet of paper.

3. a.  Defendant: Stewart D. Aaron  (Individual Capacity)

   Official Position: Pro Se

   Address: 40 FOLEY SQUARE
   New York, NY 10005

Defendants:

Andrew Saul, Commissioner of Social Security 2022, Susan D. Baird, Christopher Connolly, Geoffrey S. Berman, Ralph K. Winter, Rosemary S. Pooler, Richard J. Sullivan, Magistrate Judge Moses, Catherine O'Hagan Wolfe, Benjamin Torrance, U.S. Department of Justice, Offices of the United States Attorneys, Ulysses S. Grant, Joon H. Kim, Lisa Monaco, Elizabeth Prelogar, Damian Williams, Trini E. Ross, Kenneth L. Parker, John G. Roberts Jr., Clarence Thomas, Stephen G. Breyer, Samuel A. Alito Jr., Sonia Sotomayor, Elena Kagan, Neil M. Gorsuch, Brett M. Kavanaugh, Amy Coney Barrett, Sandra Day O'Connor, Anthony M. Kennedy, David H. Souter.

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause can be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response within the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

3

b.    Defendant: _Sharon Seeley (Individual Capacity)_

Official Position: _Pro Se_

Address: _____

_Buffalo, NY_

_____

c.    Defendant: _Andrew Saul_

Official Position: _____

Address: _____

_New York, NY_

_____

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note:  You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

Stewart D. Aaron, Sharon Seeley, Andrew Saul, Commissioner of Social Security, Susan D. Baird, Christopher Connolly, Geoffrey S. Berman, Ralph K. Winter, Rosemary S. Pooler, Richard J. Sullivan, Mag. Judge Moses, Catherine O'Hagan Wolfe, Benjamin Torrance, U.S. Department of Justice, Offices of the United States Attorneys, Ulysses S. Grant Joon H. Kim, Lisa Monaco, Elizabeth Prelogar,

d. Commissioner of Social Security; Maryland:

e. Susan D. Baird ; New York

f. Christopher Connolly ; New York

g. Geoffrey S. Berman ; New York

h. Ralph K. Winter; New York

i. Richard J. Sullivan ; New York

j. Moses, M.J. ; New York

k. Catherine O'Hagan Wolfe : New York

l. Benjamin Torrance ; New York

m. U.S. Department of Justice; Washington, D.C.

n. Offices of the United States Attorneys.

o. Ulysses S. Grant ; Washington, D.C.

p. Joon H. Kim ; Washington, D.C.

q. Lisa Monaco ; Washington, D.C.

r. Elizabeth Prelogar ; Washington, D.C.

s. Damian Williams; Washington, D.C.

t. Trini E. Ross ; Washington, D.C.

**IMPORTANT REMINDERS**

- When you submit papers to the Court, you must also serve a copy on every party in the action. Local Rule ("L.R.") 5.1(a).

- You must immediately notify the Court of any change of address. L.R. 10.1(c)(2). Your failure to notify the Court of a change of address may result in the involuntary dismissal of your case for failure to prosecute. Fed. R. Civ. P. 41(b); L.R. 41.2(b).

- Unless the Court specifically directs otherwise, you should not file discovery materials (for example, interrogatories and document requests) with the Court except as necessary to support a motion. L.R. 26.2.

- If your opponent files a motion and you fail to oppose it, and the moving party has met its burden, the Court may consider your failure to oppose the motion as your consent to the relief requested in that motion. L.R. 7.1(a)(3).

- If your opponent files a motion for summary judgment, it shall contain a Statement of Material Facts. Among other things, you must respond to this Statement of Material Facts by admitting and/or denying each fact asserted therein supported with a record citation. If you do not so respond, the Court will deem that you have admitted your opponent's Statement of Material Facts, which could result in the Court viewing the facts very favorably to the opposing party. L.R. 7.1(b)(3), L.R. 56.1.

- Personal Privacy Protection: It is the obligation of parties to redact, or file under seal, documents which include social security numbers or taxpayer identification numbers, names of minor children, names of victims, dates of birth, financial account numbers, home addresses, driver's license numbers, medical records, employment history, and individual financial information. Fed.R.Civ.P. 5.2; L.R. 5.2.

**ENCLOSURES**

- Copy of the Local Rules of Practice for the Northern District of New York

- Copy of the *Pro Se* Handbook for the Northern District of New York

- Forms are available on our website at www.nynd.uscourts.gov

Thank you.

---

Acknowledgement of Receipt: _____

                                      Party Signature

_____

Date                                  _____

                                      Deputy Clerk

---

If not handed out at Public Counter – date this Notice was mailed: _____

U. Kenneth L. Parker; Washington, DC.

V. John G. Roberts Jr.; Washington, DC.

W. Clarence Thomas; Washington, DC.

X. Stephen G. Breyer; Washington, DC.

Y. Samuel A. Alito Jr.; Washington, DC.

Z. Sonia Sotomayor; Washington, DC.

AA. Elena Kagan; Washington, DC.

BB. Neil M. Gorsuch, Brett M. Kavanaugh, Amy

CC. Brett M. Kavanaugh; Washington, DC.

DD. Amy Coney Barrett; Washington, DC.

EE. Sandra Day O'Connor; Washington, DC.

FF. Anthony M. Kennedy; Washington, DC.

GG. David H. Souter; Washington, DC.

RWJ 05/03/2022

Updated 12/22/20

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF NEW YORK

## PRIVACY NOTICE

The Federal Judiciary makes documents available electronically through the Court's Case Management Electronic Case Filing System (CM/ECF). **Documents filed by *Pro Se* parties will be electronically scanned and uploaded into CM/ECF.** The content of those documents will also be made available on the Court's Internet webpage via PACER (Public Access to Court Electronic Records). Any subscriber to PACER will be able to read, download, store and print the full contents of the electronically-filed documents. The Clerk's Office is not posting documents sealed or otherwise restricted by court order (See also General Order #22).

You should not include sensitive information in any document filed with the Court unless such inclusion is necessary and relevant to the case. You must remember that any personal information not otherwise protected will be made available over the Internet via PACER. If sensitive information must be included, the following personal identifiers must be partially redacted from the document, whether it is filed traditionally or electronically:

✓    **Social Security Numbers and Taxpayer Identification Numbers**. If an individual's social security number or taxpayer identification number must be included in a document, only the last four digits of that number should be used.

✓    **Names of Minor Children**. If the involvement of a minor child must be mentioned, only the initials of that child should be used.

✓    **Dates of Birth**. If an individual's date of birth must be included in a document, only the year should be used.

✓    **Financial Account Numbers**. If financial account numbers are relevant, only the last four digits of these numbers should be used.

✓    **Home Addresses**. If home addresses must be used, use only the City and State.

✓    **Names of Sexual Assault Victims**: If the involvement of a sexual assault victim must be mentioned, use only information that does not tend to identify the victim, redacting the name to "Victim 1", "Victim 2", etc.

It is the sole responsibility of the pro se litigant and/or counsel to be sure that all documents comply with the Federal Rules and the rules of this Court requiring redaction of personal identifiers. **The Clerk will not review each document for compliance with this rule.** See Fed.R.Civ.P. Rule 5.2 and Civil Local Rule 5.2 for civil cases and Fed.R.Crim.P. Rule 49 and Criminal Local Rule 49.1 for criminal cases for the complete rule. **Papers not in compliance with this rule may be stricken from the record.**

# 4. FACTS

Damian Williams, Trini E. Ross, Kenneth L. Parker,
John G. Roberts Jr., Clarence Thomas, Stephen G.
Breyer, Samuel A. Alito Jr., Sonia Sotomayor,
Elena Kagan, Neil M. Gorsuch, Brett M. Kavanaugh,
Amy Coney Barrett, Sandra Day O'Connor,
Anthony M. Kennedy & David H. Souter denied
Robert W. Johnson Due Process Rights, Appeals
Merits, Pro Se Corporation Merits, Default
Judgement Merits and U.S. Constitutional
Rights for DISMISSED Civil Rights
Complaints.

Updated: 12/22/20

# UNITED STATES DISTRICT COURT
## For the
## NORTHERN DISTRICT OF NEW YORK

### *Pro Se* Notice

Court records indicate you have elected to pursue or defend an action in this Court without the assistance of an attorney. Although the Court Clerk's Office is here to assist you with your filings, it is important to note that, by statute, **Clerk's Office personnel are prohibited from giving legal advice**.[1]

**Clerk's Office personnel are <u>not allowed</u> to:**

- Discuss the merits of your case or any specific claim or defense;

- Discuss the application of statutes, rules or case law to individual claims or defenses;

- Express an opinion on the validity of a claim or defense or the proper forum or jurisdiction in which you should bring your claims;

- Discuss the "best" procedure to accomplish a particular objective;

- Transmit any information to a Judicial Officer except as provided in the applicable statutes and local rules;

- Interpret the meaning or effect of any order, judgment or rules of the Court.

**Clerk's Office personnel <u>are allowed</u> to:**

- Give you basic case information contained within the public case file (for example, public documents filed and the dates they were filed, public scheduling notices, etc.);

- Show you the various Local Rules, General Orders or other publicly available statements of Court operations without giving you an interpretation of their meaning or effect;

- Provide you with Court-approved forms and guidance materials (for example, Pro Se Manual, Local Rules, General Orders, etc.). Court personnel can also provide guidance in filling out the form but cannot tell you what information you should provide on the form;

- Provide you with information regarding general deadlines and due dates without specific reference to your case. You are responsible for deadlines and due dates applicable to your case.

---

[1]    Section 955 of Title 28 of the United States Code specifically precludes the Clerk and Deputy Clerks from practicing law in any Court of the United States.

5.                           **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

All defendants discriminated against Robert W. Johnson by denying Robert W. Johnson Due Process Rights, Appeals Merits, Pro Se Corporation Merits, Default Judgement Merits and U.S Constitutional Rights for DISMISSED Civil Rights Complaints.

### SECOND CAUSE OF ACTION

All defendants abused their immunities, policies, rules and regulations by denying Robert W. Johnson his Human Rights.

### THIRD CAUSE OF ACTION

All defendants are in continuation of cruel and unusual punishment by denying bad faith, bribery, abuse of authority, abuse of immunities, denial of Due Process Violations and Appellant merits.

6.    **PRAYER FOR RELIEF**

    **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

$100,000,000.00 for punishment : $100,000,000.00
future pain and suffering : Sanctions : All other
Reliefs Just & Proper.

    I declare under penalty of perjury that the foregoing is true and correct.

DATED: 05/03/2022

Robert W. Johnson
Robert W. Johnson
Signature of Plaintiff(s)
(all Plaintiffs must sign)